# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| ROBERT L. HUGGINS,<br><br>Plaintiff,<br><br>v.<br><br>STRYKER SALES CORPORATION, *et al.*,<br><br>Defendants. | Civil No. 09-1250 (JRT/JJK)<br><br><br>**ORDER OF DISMISSAL** |

___

This matter came before this Court upon the Stipulation for Dismissal Without Prejudice of Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Holdings Inc., filed by the parties on January 14, 2010 [Docket No. 66].

**IT IS HEREBY ORDERED** that defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca Holdings Inc. are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

DATED: January 18, 2010  
at Minneapolis, Minnesota.

                                                                                          s/ John R. Tunheim  
                                                                                              JOHN R. TUNHEIM  
                                                                       United States District Judge